```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Buxbaum,

                 Plaintiff,

       -against-

Webull Financial LLC,

                 Defendant.

1:24-cv-09784 (VSB) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff, who is proceeding *pro se*, filed this action on December 17, 2024, and paid the filing fee on January 3, 2025. (*See* Compl., ECF No. 1; 1/3/25 Docket Text Entry (noting payment of fee processed).)

On March 25, 2025, Plaintiff filed a letter addressed to the Clerk of Court requesting that service be made on Defendant by the U.S. Marshals Service. (Letter, ECF No. 22.)

Plaintiff's request is DENIED. Plaintiff is not proceeding *in forma pauperis* ("IFP"), and therefore, is not entitled to rely on the U.S. Marshals Service to effectuate service on Defendant.[1] Plaintiff shall accomplish service on his own.

**SO ORDERED.**

Dated:       New York, New York
              March 26, 2025

                                                       _____
                                                       STEWART D. AARON
                                                       United States Magistrate Judge

---

[1] *See Walker v. Schult*, 717 F.3d 119, 123 n.6 (2d Cir. 2013) ("Generally, a *pro se* litigant proceeding *in forma pauperis* is entitled to rely on the U.S. Marshals Service to effect service."); *see also* 28 U.S.C. § 1915(d).