UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Buxbaum,

      Plaintiff,

  -against-

Webull Financial LLC,

      Defendant.

1:24-cv-09784 (VSB) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

  The Court is in receipt of the letter filed by Plaintiff on April 9, 2025 requesting an exemption from executing service upon Defendant. (ECF No. 25.)

  Plaintiff's request is DENIED. Plaintiff shall accomplish service on Defendant. Plaintiff may wish to consider serving the New York Secretary of State as statutory agent for Defendant, in compliance with applicable law.

SO ORDERED.

Dated:  New York, New York
     April 11, 2025

                 _____
                 STEWART D. AARON
                 United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2025