```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Buxbaum,

                Plaintiff,

    -against-

Webull Financial LLC,

                Defendant.

1:24-cv-09784 (VSB) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Given that the deadline for Plaintiff to complete service of his Complaint upon Defendant has passed, it is hereby ORDERED as follows:

1. Plaintiff shall complete service upon Defendant no later than May 21, 2025. If Plaintiff does not complete service and file proof of service by such date, his case shall be dismissed without prejudice.

2. Plaintiff is advised that unless and until Defendant properly has been served with the summons and complaint in this action, any further substantive correspondence from Plaintiff is inappropriate, unless specifically requested or permitted by the Court. *See Muzumala v. Fed. Bureau of Investigation*, No. 22-CV-03789 (JGK), 2022 WL 20088073, at *2 (S.D.N.Y. Dec. 23, 2022).

**SO ORDERED.**

Dated:    New York, New York
           April 30, 2025

_____
STEWART D. AARON
United States Magistrate Judge