UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                             :

MICHAEL BUXBAUM,              :

                 Plaintiff,   :

                          :         24-CV-09784 (VSB) (SDA)

       - against -       :

                          :         **ORDER**

                          :

WEBULL FINANCIAL, LLC,     :

                          :

             Defendant.  :

                          :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On December 12, 2025, I filed an Order adopting Judge Aaron's Report and Recommendation in full, granting Defendant's Motion to Dismiss without prejudice and granting Plaintiff leave to file an amended complaint within thirty days.  (Doc. 64.)  In the Order, I warned, "Plaintiff shall file a Third Amended Complaint no later than 30 days from this Opinion & Order. Failure to do so may result in dismissal of this action with prejudice."  (*Id.*)  It is now February 2, 2026.  To date, Plaintiff has failed to file a Third Amended Complaint.  Accordingly, Plaintiff's claims will be dismissed without prejudice pursuant to Rule 41(b) if he does not file his Third Amended Complaint by February 16, 2026.

SO ORDERED.

Dated:     February 2, 2026
           New York, New York

                                     _____
                                     VERNON S. BRODERICK
                                     United States District Judge