UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
MICHAEL BUXBAUM,                                          :
:
                                    Plaintiff,           :
:                    24-CV-09784 (VSB) (SDA)
                    - against -                           :
:                              **ORDER**
:
WEBULL FINANCIAL, LLC,                                    :
:
                                    Defendant.           :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On December 12, 2025, I filed an Order adopting Judge Aaron's Report and

Recommendation in full, granting Defendant's Motion to Dismiss without prejudice and granting

Plaintiff leave to file an amended complaint within thirty days.  (Doc. 64.)  In the Order, I

warned, "Plaintiff shall file a Third Amended Complaint no later than 30 days from this Opinion

& Order. Failure to do so may result in dismissal of this action with prejudice."  (*Id.*)  On

February 2, 2026, I issued a subsequent Order explaining that Plaintiff's claims will be dismissed

without prejudice if Plaintiff does not file his Third Amended Complaint by February 16, 2026.

(Doc. 65.)  It is now February 20, 2026.  To date, Plaintiff has failed to file a Third Amended

Complaint.  Accordingly, Plaintiff's claims are dismissed without prejudice pursuant to Rule

41(b).  The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated:      February 20, 2026
            New York, New York                   _____
                                                 VERNON S. BRODERICK
                                                 United States District Judge